CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Roanoke
JUL 0 6 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEPHAN P. STERLING-EARL,<br>Petitioner, | )<br>) Civil Action No. 7:06CV00370<br>) |
| v. | ) **FINAL ORDER**<br>) |
| COL. RONALD MATTHEWS, et al.,<br>Respondents. | ) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 6th day of July 2006.

/s/ Jackson L. Kiser
Senior United States District Judge